


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 2010-20719-CR-ALTONAGA/BROWN**
**18 U.S.C. § 545**
**18 U.S.C. § 2**

**UNITED STATES OF AMERICA**

**vs.**

**JOHN CORREA,**
**ABDIEL FALCON,**
**CHARLES NOVA, and**
**BLASDIMIR URENA,**

**Defendants.**
______________________________/

**INFORMATION**

The United States Attorney charges that:

**Count 1**
(Unlawful Importation of Goods (Smuggling))
(18 U.S.C. § 545)

From on or about October 21, 2008 and continuing through on or about December 2, 2008, at Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOHN CORREA,**
**ABDIEL FALCON,**
**CHARLES NOVA, and**
**BLASDIMIR URENA,**

did fraudulently and knowingly import and bring into the United States merchandise, that is: approximately 23,079 kilograms of HCFC-22 with an approximate fair market value of $257,944, contrary to law, that is, contrary to Title 42, United States Code, Sections 7413(c)(1) and 7671d, and

Title 40, Code of Federal Regulations, Part 82, knowing the same to have been imported and brought into the United States contrary to law, by knowingly violating and causing to be violated a requirement and rule relating to stratospheric ozone protection by importing, and causing to be imported, into the United States a Class II controlled substance without holding and possessing the required unexpended consumption allowances.

In violation of Title 18, United States Code, Sections 545 and 2.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

JODI A. MAZER
Special Assistant U.S. Attorney

Thomas Watts-FitzGerald
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA** **CASE NO.** ____________________

**vs.**

**JOHN CORREA, ET AL.,**

**Defendants.**
______________________________/

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s) Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
List language and/or dialect ____________

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one) (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | ____ | Petty | ____ |
| II | 6 to 10 days | ____ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | _X_ |
| V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: ____________ Case No. ____________
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) _No_
If yes:
Magistrate Case No. ____________
Related Miscellaneous numbers: ____________
Defendant(s) in federal custody as of ____________
Defendant(s) in state custody as of ____________
Rule 20 from the ____________ District of ____________

Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes _X_ No

[signature]
Jodi A. Mazer
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0186503

*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: JOHN CORREA

**Case No**:

Count #: 1

Unlawful Importation of Goods (Smuggling)

18 U.S.C. § 545

*** Max.Penalty**: 20 Years imprisonment

Count #:

***Max. Penalty:**

Count #:

***Max. Penalty:**

Count #:

***Max. Penalty:**

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: ABDIEL FALCON

**Case No**:

Count #: 1

Unlawful Importation of Goods (Smuggling)

18 U.S.C. § 545

*** Max.Penalty**: 20 Years imprisonment

Count #:

***Max. Penalty:**

Count #:

***Max. Penalty:**

Count #:

***Max. Penalty:**

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: CHARLES NOVA

**Case No**: ______

Count #: 1

Unlawful Importation of Goods (Smuggling)

18 U.S.C. § 545

*** Max.Penalty**: 20 Years imprisonment

Count #:

______

______

***Max. Penalty:** ______

Count #:

______

______

***Max. Penalty:** ______

Count #:

______

______

***Max. Penalty:** ______

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: BLASDIMIR URENA

**Case No**:

Count #: 1

Unlawful Importation of Goods (Smuggling)

18 U.S.C. § 545

*** Max.Penalty**: 20 Years imprisonment

Count #:

***Max. Penalty:**

Count #:

***Max. Penalty:**

Count #:

***Max. Penalty:**

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**