UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO:  10-20719-CR-ALTONAGA

        Plaintiff,

vs.

JOHN CORREA,

        Defendant.
_____/

## MOTION TO TRAVEL FOR BUSINESS PURPOSES BY MODIFCATION OF A CONDITION OF PROBATION AND LOCAL RULE 88.9 CERTIFICATE

    Defendant, JOHN CORREA, through undersigned counsel, moves this court for permission to travel for business purposes by modification of a condition of his probation in the within action. The requested modification is as follows:

    1.  That on December 29, 2010, the defendant was placed on probation for a period of 5 years.

    2.  As a Standard Condition of Probation, "the defendant shall not leave the judicial district without the permission of the court or the probation officer."

    3.  At all times during the pendency of this case, the defendant has been a part owner and operator with Blasdimir Urena, a codefendant herein, of J & B Investments, LLC d/b/a Southern Electric Motor, Inc, located at 6333 NW 74 Avenue, Miami, Florida.

    4.  That during the term of his probation, the defendant has sought permission to travel outside of the Southern District of Florida for both business and personal reasons. Each time the supervising probation officer advised the defendant to seek permission from the Court, and each time the Court granted the request and gave the defendant permission to travel.

    5.  That as the business has grown, the defendant, (together with his partner Blasdimir Urena, a codefendant herein), has an increased need to travel for business purposes, mainly for developing the production and market of HVAC filters and purchasing manufacturing equipment in

1

CASE NO:  10-20719-CR-ALTONAGA

furtherance of that development.

6. That defendant now seeks to modify the Standard Condition of Probation restricting travel to allow the supervising probation officer to approve the business travel without having the defendant continually seeking permission from this Court.

WHEREFORE, the defendant moves this Court for permission to travel for business purposes by modification of a condition of his probation by allowing the defendant to travel outside the Southern District of Florida for business purposes upon approval of his supervising probation officer while complying with all conditions of travel as mandated by said probation officer.

### LOCAL RULE 88.9 CERTIFICATE

In accordance with Local Rule 88.9 of Rules of the United States District Court for the Southern District of Florida, undersigned counsel certifies that he has discussed the relief requested herein with Asst. U.S. Attorney Jodi Mazer, Esq., who does not object to the modification as requested and that he has discussed the relief with USPO Nora Heredia-Burgos via email, who advised that "[I]t is a preference of Judge Altonaga to make decisions regarding any travel requests.  The U.S. Probation Office will respond to the Court if the Court wishes to discuss this motion."

THOMAS W. RISAVY, ESQ.
Attorney for defendant
1999 SW 27 Avenue
Miami, FL  33145
305-854-3772
(Fla. Bar #801410)

BY __s/ Thomas W. Risavy__
    THOMAS W. RISAVY

CASE NO: 10-20719-CR-ALTONAGA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2012, I electronically filed the foregoing Motion to Modify a Condition of Probation and Local Rule 88.9 Certificate with the Clerk of Court using CM/ECF.

BY __s/_Thomas W. Risavy__<br>
THOMAS W. RISAVY